UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Typenex Medical, LLC
                        Plaintiff,

v.                                               Case No.: 1:15−cv−10518
                                                    Honorable Elaine E. Bucklo

Precision Dynamics Corporation
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Agreed Motion to dismiss this action with prejudice [23] is granted. All claims and counterclaims asserted in this case are dismissed with prejudice and without costs. The Court retains jurisdiction over enforcement of the terms of the parties' settlement agreement. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.